No. 1773. SÁNCHEZ, APELADO, *v.* DELGADO, APELANTE, Y BÁEZ, DEMANDADO.—Cobro de dinero: nulidad de procedimientos. Humacao. Junio 29, 1918. *Desestimado el recurso interpuesto.*

------

No. ———. DÍAZ ET AL., APELANTES, *v.* ROIG, APELADO.— Nulidad. Humacao. Julio 9, 1918. *No ha lugar a desestimar la apelación.*

------

No. 1858. ALFARO, APELADO, *v.* ALONSO, APELANTE.—*Injunction.* Ponce. Julio 9, 1918. *No ha lugar a la desestimación del recurso.*

------

No. ———. BERRÍOS, APELANTE, *v.* GRILLO ET AL., APELADOS.—Cobro de dinero. Humacao. Julio 9, 1918. *No ha lugar a la desestimación de la apelación.*

------

No. 1888. PHILIPPI, APELADA, *v.* VALDÉS ET AL., APELANTES.—Daños y perjuicios. San Juan, Sección 1ª. Julio 16, 1918. *Desestimada la apelación.*

------

No. 1773. SÁNCHEZ, APELADO, *v.* DELGADO, APELANTE, Y BÁEZ, DEMANDADO.—Cobro de dinero; nulidad de procedimiento; reconsideración. Humacao. Julio 18, 1918. *No ha lugar a la reconsideración solicitada.*

------

No. 232. TRÍAS ET AL., PETICIONARIOS, *v.* ROSSY, JUEZ DISTRITO SAN JUAN, SECCIÓN 2ª., DEMANDADO.—*Certiorari.* Julio 22, 1918. *No ha lugar.*